

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 291ST JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 7th day of January, 2015, the cause on appeal to revise or reverse the judgment between

MARQUIS OBRIAN WHITE, Appellant

No. 05-13-00262-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F-1257100-U.
Opinion delivered by Justice Stoddart.
Justices Francis and Evans participating.

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 20th day of March, 2015.

_____
LISA MATZ, Clerk